NELSON P. COHEN
United States Attorney

ANDREA STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: andrea.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:02-cr-00075-JWS-JDR |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| vs. | ) | |
| | ) | |
| IN SEOK YANG, GUM HAND KWON, YOUNG MIN HAN, MIN GWEON GO and SU HWAN LEE, | ) ) ) ) ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through counsel and hereby submits to the Court that the defendants, In Seok Yang, Gum Hyang

Kwon, Young Min Han, Min Gweon Go, and Su Hwan Lee, remain fugitives in the above-captioned case and the arrest warrants should stand.

RESPECTFULLY SUBMITTED this 21st day of March, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Andrea Steward
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: andrea.steward@usdoj.gov