UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



RECEIVED
AUG 0 7 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
) Case No. 3:02-cr-00075-02-JWS
v. )
)
Gum Hyang Kwon, )
)
       Defendant. )
_____)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    _X_ The court has granted the motion of the government for dismissal without prejudice;
    ___ The court has granted the motion of the defendant for a Judgment of Acquittal;
    ___ A jury has been waived, and the court has found the defendant NOT GUILTY;
    ___ The jury has returned its verdict, finding the defendant NOT GUILTY;

of the offenses of Conspiracy 18 U.S.C. § 371 and Witness Tampering 18 U.S.C. § 1512(b)(1) as charged in counts 1 and 6 of the Indictment.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

    DATED at Anchorage, Alaska, this 6th day of August, 2008.

**REDACTED SIGNATURE**
_____
John W. Sedwick
United States District Judge

[302cr75JWS Discharge.wpd]{DISCHARG.WPD*Rev.2/97}